James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94107

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Defendant Eli Lilly and Company, a corporation; and McKesson Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MURPHY, an individual; and FAWNDA MURPHY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY & COMPANY, a business entity; MCKESSON CORPORATION, a business entity; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. CV-10-4815 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

- 1 -

## RECITALS AND STIPULATION

On April 14, 2004, the Judicial Panel on Multidistrict Litigation ("JPML"), transferred six Zyprexa-related civil actions to the United States District Court for the Eastern District of New York ("the MDL Court") for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* Transfer Order, *In re Zyprexa Products Liability Litigation*, MDL-1596, 314 F.Supp.2d 1380 (J.P.M.L. 2004) (attached as Exhibit A) (finding that "all actions share allegations concerning the safety of Zyprexa, a prescription drug used in the treatment of schizophrenia"). Since that time, hundreds of Zyprexa®-related cases filed throughout the United States have been transferred to the MDL Court because the cases involve common questions of fact.

This Zyprexa-related case – which plaintiffs filed on April 27, 2010 in San Francisco Superior Court, and which Eli Lilly and Company ("Lilly") removed to this Court on October 25, 2010 – also involves common questions of fact, *e.g.* whether Zyprexa caused or substantially contributed to the development of plaintiffs' alleged injuries. Accordingly, Lilly has filed a "Notice of Potential Tag-Along" seeking transfer of this case to the MDL Court, and the JPML is expected to issue a Conditional Transfer Order shortly. *See* Notice of Potential Tag-Along Actions (attached as Exhibit B). Plaintiffs do not intend to challenge transfer of this action to the MDL Court.

According, Plaintiffs and Defendants respectfully request that:

1.  All matters and deadlines currently on-calendar (including the May 2, 2011 Initial Case Management Conference; the deadline to make Rule 26 Disclosures; and all ADR deadlines) be taken off-calendar; and

2.  This matter be stayed pending a decision on transfer to the MDL Court by the

- 1 -

1 | Judicial Panel on Multidistrict Litigation.

3 | IT IS SO STIPULATED.

5 | DATED: *November 5 2010*

THE EDGAR LAW FIRM

By *[signature]*
Donald S. Edgar
Jeremy R. Fietz
Rex Grady
Attorneys for Plaintiffs Michael Murphy
and Fawnda Murphy

11 | DATED: _____.

REED SMITH LLP

By _____
James M. Wood
Colleen T. Davies
James M. Neudecker
Attorneys for Defendants
Eli Lilly and Company, a corporation;
and McKesson Corporation

- 2 -

Judicial Panel on Multidistrict Litigation.

IT IS SO STIPULATED.

DATED: _____.        THE EDGAR LAW FIRM

By _____
Donald S. Edgar
Jeremy R. Fietz
Rex Grady
Attorneys for Plaintiffs Michael Murphy
and Fawnda Murphy

DATED: 11/8/10 .        REED SMITH LLP

By /s/ James M. Neudecker
James M. Wood
Colleen T. Davies
James M. Neudecker
Attorneys for Defendants
Eli Lilly and Company, a corporation;
and McKesson Corporation

# ORDER

Having considered the parties' stipulation, and good cause appearing, the Court orders that:

1. All matters and deadlines currently on-calendar (including the May 2, 2011 Initial Case Management Conference; the deadline to make Rule 26 Disclosures; and all ADR deadlines) are taken off-calendar; and

2. This matter is stayed pending a decision on transfer to the MDL Court by the Judicial Panel on Multidistrict Litigation.

3. **Plaintiff shall immediately notify the Court when the transfer decision is made**.

IT IS SO ORDERED.

DATED: November 10, 2010

_____
The Honorable Bernard Zimmerman

US_ACTIVE-104794063.1

- 1 -

Stipulation And [Proposed] Order Staying Case Pending A Decision On Transfer By The Judicial Panel On Multidistrict Litigation